John Merli, an Infant, by Peter Merli, His Guardian ad Litem, Appellant, v. Francis Bell, Respondent — Judgment and order reversed upon the law and the facts, and new trial granted, costs to abide the event, upon the ground that the verdict is inadequate. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Peter Merli, Appellant, v. Francis Bell, Respondent.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to abide

the event. Without passing upon the question of the adequacy of the verdict in this case, a new trial is granted, as in the case of *Merli* v. *Bell* (*ante*, p. 766), decided herewith, in order that there may be a consistency of verdicts. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.